Michele R. Stafford, Esq. (SBN 172509)
Tino X. Do, Esq. (SBN 221346)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, California 94502
Telephone: (510) 906-4710
Email: mstafford@sjlawcorp.com
Email: tdo@sjlawcorp.com

Attorneys for Plaintiffs, Operating Engineers'
Health And Welfare Trust Fund for Northern California, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SCAFANI ENGINEERING & CONSTRUCTION, INC., a California Corporation; and THOMAS JAMES SCAFANI, an individual,<br><br>Defendants. | Case No.: 4:19-cv-07548-HSG<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL**; ORDER |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1)(ii), Plaintiffs Operating Engineers' Health and Welfare Fund for Northern California, et al. and named Defendants Scafani Engineering & Construction, Inc. and Thomas James Scafani, through their attorneys, reached a resolution and stipulate to the voluntary dismissal of this action, in its entirety, without prejudice.

Plaintiffs have not previously filed or dismissed any similar action against Defendants.

DATED: May 6, 2020                                           SALTZMAN & JOHNSON LAW CORPORATION

                                                By:  /s/ Tino X. Do
                                                     Tino X. Do
                                                     Attorneys for Plaintiffs

1

**STIPULATION FOR VOLUNTARY DISMISSAL**
**Case No. 4:19-cv-07548-HSG**

1  DATED: May 6, 2020                                   SIMPSON, GARRITY, INNES & JACUZZI

2
                                                  By:  /s/ Paul V. Simpson
3                                                      Paul V. Simpson
                                                       Attorneys for Defendants
4

5  IT IS SO ORDERED.

6     This case is hereby dismissed without prejudice, and the calendar herein is vacated.

7  DATED:     5/7/2020

8
                                                  _____
9                                                 UNITED STATES DISTRICT COURT JUDGE

2

**STIPULATION FOR VOLUNTARY DISMISSAL**
**Case No. 4:19-cv-07548-HSG**

P:\CLIENTS\OE3CL\Scafani Engineering and Construction\Pleadings\Scafani - Stip for Dismissal 050620.docx